**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Sung Cho (Steve) HESTER; Hyun Uu Kim, Defendants–Appellants.**

No. 05–20153.

United States Court of Appeals,
Fifth Circuit.

May 30, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

George Stuart Tallichet, Law Offices of George S. Tallichet, Houston, TX, for Defendants–Appellants.

Before GARWOOD, BARKSDALE, and GARZA, Circuit Judges.

PER CURIAM: *

Sung Cho "Steve" Hester ("Hester") and Hyun Uu Kim ("Kim") appeal their convictions for conspiracy to possess and possession with intent to distribute methamphetamine. Kim also appeals his conviction for using and carrying a firearm during and in relation to a drug trafficking crime. Having carefully considered each of Hester's and Kim's points of error in

**316**

light of the record, the written and oral arguments of the parties, and the applicable law, and having found no reversible error, we affirm the defendants' convictions. We decline to entertain Hester's ineffective assistance of counsel claim, which he raises for the first time in this appeal, but we do so without prejudice to such rights as Hester may have to raise this issue collaterally in a motion under 28 U.S.C. § 2255. *See United States v. Gonzales*, 436 F.3d 560, 581 (5th Cir.2006).

AFFIRMED.